THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Hardin,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Opinion No. 2003-UP-86
Submitted November 20, 2003 - Filed 
 January 29, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for respondent.
 
 
 

 PER CURIAM:  James Hardin was convicted of two counts of armed robbery, two counts of kidnapping, 
 and two counts of assault and battery of a high and aggravated nature.  Hardin 
 was sentenced to thirty years for each of the armed robbery convictions, ten 
 years for each of the kidnapping convictions, and ten years for each of the 
 assault and battery of a high and aggravated nature convictions, the sentences 
 to run concurrently. Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Hardins counsel attached a petition to be relieved.  Hardin filed a pro 
 se response.
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hardins appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.